UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-09258 |
| | ) | |
| GLEN GILBRETH and MARY ANN GILBRETH, | ) ) ) | Chapter: 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH MARY ANN GILBRETH**

This cause coming to be heard on the Trustee's Motion For Authority To Compromise Controversy with Mary Ann Gilbreth (the "Motion"); notice of the Motion having been served on the Debtor, her creditors and all parties in interest; the Court having reviewed the Motion and having heard any arguments of counsel; and the Court being otherwise fully advised in the premises; IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Norman B. Newman, Trustee is authorized to compromise his controversy with Mary Ann Gilbreth, such that Mary Ann Gilbreth will retain $13,000.00 of the funds inherited from her father and in exchange for reporting 100% of the inherited funds as income on her 2010 tax return and turning over the sum of $47,823.07 to the Trustee.

3. This matter constitutes a core proceeding, and this Order is a final order.

Enter: _/s/ Eugene R. Wedoff_

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: **5 APR 2011**

**Prepared by counsel of Movant:**

Norman B. Newman
Martin J. Wasserman
Much Shelist, et.al.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-521-2000
mwasserman@muchshelist.com

Rev: 20101008_bko