IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GILBRETH, GLEN | ) | CASE NO. 10-09258 |
| GILBRETH, MARY ANN | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $5,532.65 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $47,826.54. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 4,282.65 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 5,532.65 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                   $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: October 11, 2012                          /s/ Norman Newman
                                                 NORMAN NEWMAN, Trustee
                                                 MUCH SHELIST
                                                 191 N. WACKER DRIVE
                                                 SUITE 1800
                                                 CHICAGO, IL  60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Glen & Mary Ann Gilbreth
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/09/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008627.0009**

10 - Trustee Matters

### FEES THROUGH OCTOBER 9, 2012

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/29/10 | NBN | Review Discharge Order (.20); review filed motion to employ counsel (.20). | 0.40 |
| 06/30/10 | NBN | File request to fix claim bar date. | 0.20 |
| 07/07/10 | NBN | Review claim bar date notice. | 0.20 |
| 07/08/10 | NBN | Review final draft of motion to compromise controversy regarding inheritance and review order. | 0.30 |
| 07/12/10 | NBN | Review schedules regarding prospective dividend. | 0.30 |
| 07/16/10 | NBN | Review claims of Chase Bank (.20); discussions with Debtor's attorney regarding inheritance settlement funds (.20). | 0.40 |
| 08/13/10 | NBN | Discussion with M. Wasserman regarding outcome of motion to settle inheritance. | 0.20 |
| 08/17/10 | NBN | Discussion with M. Wasserman regarding follow-up on settlement. | 0.20 |
| 08/20/10 | NBN | Review information re: funds in accounts and further review tax consequences. | 0.50 |
| 08/26/10 | NBN | Review filed motion to settle inheritance. | 0.20 |
| 10/19/10 | NBN | Review latest offer for inheritance and discuss with M. Wasserman. | 0.30 |
| 11/29/10 | NBN | Discussion with M. Wasserman regarding status of settlement. | 0.30 |
| 12/10/10 | NBN | Review latest offer from Debtor regarding inheritance funds and discuss with M. Wasserman. | 0.30 |
| 04/18/11 | NBN | Telephone conference with J. Engel regarding remitting settlement funds. | 0.20 |
| 04/19/11 | NBN | Correspondences with C. Cohen regarding employment. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**


**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Glen & Mary Ann Gilbreth
c/o Norman B. Newman
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **10/09/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008627.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/21/11 | NBN | Review correspondences from Debtor's attorney regarding remittance of settlement funds. | 0.20 |
| 04/22/11 | NBN | Review claims register and claims. | 0.70 |
| 05/04/11 | NBN | Review affidavit to be signed by accountant. | 0.30 |
| 05/04/11 | NBN | Review affidavit to be singed by accountant. | 0.30 |
| 10/04/11 | NBN | Telephone conference with C. Cohen regarding tax returns to be prepared. | 0.20 |
| 10/05/11 | NBN | Review Mary Ann's 2010 tax returns and correspondences with M. Radin regarding same (.30); review claim register (.30). | 0.60 |
| 11/07/11 | NBN | Provide tax identification information to M. Radin. | 0.20 |
| 11/22/11 | NBN | Review Miller Cooper statement of services; review claims. | 0.60 |
| 07/13/12 | NBN | Correspondences with C. Cohen regarding status of tax returns. | 0.20 |
| 07/19/12 | NBN | Telephone conference with A. Katz regarding tax returns done. | 0.20 |
| 10/03/12 | NBN | Further review of claims register. | 0.40 |
| 10/04/12 | NBN | Finalize review of claims register and proofs of claim. | 0.50 |
| | | **Total Hours** | **8.60** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.