UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN GILBRETH and | ) | Chapter 7 |
| MARY ANN GILBRETH, | ) | Case No. 10 B 09258 |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |

### FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period June 25, 2010 through October 9, 2012. In support of this Application, Much Shelist respectfully states as follows:

1. On March 5, 2010, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

3. On July 7, 2010, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

4. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered or reimbursement of out-of-pocket expenses incurred in this matter.

5. This application includes legal services rendered by Norman B. Newman. Mr. Newman has taken care to distinguish his legal services from his Trustee services. A statement of Trustee services is attached hereto as Exhibit "A".

6. Much Shelist is entitled to receive final compensation in the amount of $25,523.00 plus reimbursement of out-of-pocket expenses in the amount of $157.90 for services rendered during the period June 25, 2010 through October 9, 2012.

7. Much Shelist provided 60.80 hours of services on behalf of the Trustee during the time period covered by this application.

8. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 25.60 hrs. | $587.81/hr.* | $15,069.50 |
| Martin J. Wasserman | 34.20 hrs. | $293.51/hr.* | 10,038.00 |
| Jeffrey L. Gansberg | .70 hrs. | $390.00/hr. | 273.00 |
| Greg Simon | .30 hrs. | $475.00/hr. | 142.50 |
| TOTAL: | 60.80 hrs. | | $25,523.00 |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

9. The services rendered are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

10. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

11. As more fully detailed in the chronological statement of services attached as Exhibit "B", Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **Disposition of Assets (Tab 1)**: Much Shelist expended 43.40 hours in connection with the settlement of an inheritance claim. At the Section 341 meeting, the Trustee determined that the bankruptcy estate had the right to receive certain funds, in the form of an inheritance due to the death of Mary Ann Gilbreth's father shortly after the Debtors filed their Chapter 7 case. Counsel reviewed information pertaining to the inherited funds which consisted of investment accounts and a 1/7th interest in an IRA. Mary Ann Gilbreth reduced her interest in the IRA to cash. Counsel engaged in telephonic and written communications with Debtor's counsel regarding a settlement of the Trustee's claim to the funds. Time was spent preparing and appearing in court on a motion to compromise controversy. At the hearing on the motion to compromise the Court requested further support for the proposition that Mary Ann Gilbreth's agreement to pay the taxes on the inherited funds would not circumvent any tax obligations this estate might have to the IRS. As a result, counsel was involved in numerous telephonic and written communications with debtor's counsel and debtor's accountant, the Trustee and the Trustee's accountant and counsel for the IRS concerning i) the potential tax consequences, ii) exemption claims and iii) the IRS' position with respect to the turnover of funds from the IRA. Additional research was conducted as to the propriety of Mary Ann Gilbreth's agreement to pay taxes on inherited funds belonging to the estate. Counsel prepared a supplemental motion to

compromise and appeared in court and same. As a result of Much Shelist's involvement, the settlement was approved and the estate recovered approximately $47,000.00.

The individuals who provided services with respect to this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 11.70 hrs. | $583.99/hr.* | $6,831.50 |
| Martin J. Wasserman | 31.40 hrs. | $293.12/hr.* | 9,204.00 |
| Greg Simon | .30 hrs. | $475.00/hr. | 142.50 |
| | | | |
| TOTAL: | 43.40 hrs. | | $16,178.00 |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

**B.** **Employment of Professionals (Tab 2):** A total of 5.40 hrs. of time was expended by Much Shelist with the preparation of pleadings and appearances in Court on the following employment motions: Trustee's Motion to Employ Attorneys and Trustee's Motion to Employ Accountant. The individuals who provided services in connection with the Trustee's employment of professionals and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.90 hrs. | $588.42/hr.* | $1,118.00 |
| Martin J. Wasserman | 2.80 hrs. | $297.86/hr.* | 834.00 |
| Jeffrey L. Gansberg | .70 hrs. | $390.00/hr.* | 273.00 |
| | | | |
| TOTAL: | 5.40 hrs. | | $2,225.00 |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

**C.** **Claims Administration/Analysis (Tab No. 3):** Mr. Newman spent .80 hrs. of time, totaling $476.00, in reviewing Citibank's claim and the claims register for possible claim objections.

**D.** **Tax Issues (Tab No. 4):** A total of 6.40 hours of time was spent corresponding with the Trustee's accountant regarding possible inheritance tax issues, ramifications of

settlement and the treatment of the inherited funds received from the Debtor. Additional time was spent reviewing the Debtors' 2010 tax returns, claims and administrative expenses prior to the final preparation of the estate's tax returns; counsel also reviewed the estate's final 2010 and 2011 federal and state tax returns and prepared a letter to the taxing authorities requesting a prompt determination of tax liability.

The individual who provided services in connection with this matter and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 6.40 hrs. | $591.88/hr.* | $3,788.00 |
| | | | |
| **TOTAL** | **6.40 hrs.** | | **$3,788.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

E.    **Fee Matters (Tab No. 5)**: A total of 4.80 hours of time was expended by Much Shelist on the preparation and filing of this fee application and Miller Cooper's final fee application. The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 4.80 hrs. | $595.00/hr. | $2,856.00 |
| | | | |
| **TOTAL** | **4.80 hrs.** | | **$2,856.00** |

12.    During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $157.90. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

13.     The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1.      Granting this Application and awarding Much Shelist final compensation in the amount of $25,523.00 plus reimbursement of out-of-pocket expenses in the amount of $157.90 for services rendered during the period June 25, 2010 through October 9, 2012;

2.      Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3.      Granting such other and further relief as this Court deems just and appropriate.

                                **Much Shelist, P.C.**


                                By: /s/ Norman B. Newman
                                    One of Its Attorneys


Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile:  312-521-2100
nnewman@muchshelist.com

3551911_1.doc