UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN GILBRETH and | ) | Chapter 7 |
| MARY ANN GILBRETH, | ) | Case No. 10 B 09258 |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |

### TRUSTEE'S MOTION FOR AUTHORITY TO PAY FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO ACCOUNTANTS

Norman B. Newman, not individually but solely as Chapter 7 trustee herein ("Trustee"), moves this Court, pursuant to Section 330 of the Bankruptcy Code and Local Bankruptcy Rule 5082-1, for authority to pay the accounting firm of Miller Cooper & Co., Ltd. ("Miller Cooper") final compensation totaling $1,282.35, after application of a $2,500.00 retainer, and reimbursement of expenses totaling $1,060.00 in connection with accounting services rendered to Trustee from February 8, 2011 through August 10, 2012. In support of this application, Trustee states as follows:

1. On March 5, 2010, the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On June 1, 2011, this Court entered an order authorizing Trustee to employ Miller Cooper as his accountants in this case. Miller Cooper was subsequently paid a retainer in the amount $2,500.00.

3. Based on the time value of the services rendered, Miller Cooper is entitled to receive final compensation in amount of $3,782.35 and reimbursement of expenses in the amount of $1,060.00 for services rendered on behalf of the Trustee.

4. Other than as permitted under § 504 of the Code, Miller Cooper has no agreement with any other person or firm whatsoever with regard to its compensation in this case.

5. At all times relevant hereto, Miller Cooper provided accounting services in the most efficient and cost effective manner.

6. Miller Cooper provided 15.60 hours of services assisting the Trustee in the preparation of the bankruptcy estate's 2010 and 2011 Federal and Illinois income tax returns and researching potential tax obligations the estate might have with respect to the turnover of funds from an IRA. A copy of the Miller Cooper's statements of services rendered is attached hereto as Exhibit "A". The individuals who provided accounting services, and the amounts charged for their service is as follows:

| Individuals | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Avrum Katz | 3.85 hrs. | $357.36/hr.* | $1,375.85 |
| Charles Cohen | .50 hrs. | $354.00/hr. | $177.00 |
| Tricia Kechik | 6.05 hrs. | $226.79/hr.* | 1,372.10 |
| Courtney Nyren | 1.00 hrs. | $164.00hr. | 164.00 |
| Johanna Carlton | 2.90 hrs. | $175.00/hr. | 507.50 |
| Justin McConkey | .80 hrs. | $128.00/hr. | 102.40 |
| Calandra Russo | .50 hrs. | $167.00/hr. | 83.50 |
| | | | |
| Subtotal | 15.60 hrs. | | $3,782.35 |
| Less Retainer | | | <2,500.00> |
| | | | |
| **TOTAL TO BE PAID** | **15.60 hrs.** | | **$1,282.35** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. In connection with its work on the 2010 and 2011 estate tax returns, Miller Cooper incurred customary out-of-pocket expenses in the amount of $1,060.00 for income tax return software usage. *See* Exhibit "A". Trustee submits that these out-of-pocket expenses were reasonable and necessary expenses incurred in Miller Cooper's services for Trustee.

2

8. The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992). At all relevant times, Miller Cooper took care to avoid duplication of services.

9. Miller Cooper's services have provided a substantial benefit to the creditors of this estate and to the Trustee.

WHEREFORE, Trustee Norman B. Newman respectfully requests that this Court enter an Order as follows:

(i) Awarding Miller Cooper final compensation in the amount of $3,782.35 plus reimbursement of out-of-pocket expenses in the amount of $1,060.00 for services rendered from February 8, 2011 through August 10, 2012;

(ii) Authorizing Trustee to pay Miller Cooper the awarded final compensation in the amount of $1,282.35, after applying the $2,500.00 retainer, plus and out-of-pocket expenses forthwith as an allowed expense of administration of this estate; and

(iii) Granting such other and further relief as this Court deems just and appropriate.

> Norman B. Newman, Chapter 7 Trustee for
> Glen and Maryann Gilbreth
>
> By: /s/Norman B. Newman

Norman B. Newman ARDC No. 02045427
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000

3

Facsimile:   312-521-2100

4