# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | Case No. 10-09258 |
| GILBRETH, GLEN § | |
| GILBRETH, MARY ANN § | Hon. Eugene R. Wedoff |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/20/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____   By:   /s/NORMAN NEWMAN
                                     Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: GILBRETH, GLEN § Case No. 10-09258
   GILBRETH, MARY ANN §
                §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 47,826.54 |
| *and approved disbursements of* | $ 3,766.07 |
| *leaving a balance on hand of* [1] | $ 44,060.47 |
| **Balance on hand:** | $ 44,060.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 44,060.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 5,532.65 | 0.00 | 5,532.65 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 25,523.00 | 0.00 | 25,523.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 157.90 | 0.00 | 157.90 |
| Accountant for Trustee, Fees - Miller Cooper & Co., Ltd. | 3,782.35 | 2,500.00 | 1,282.35 |
| Accountant for Trustee, Expenses - Miller Cooper & Co., Ltd. | 1,060.00 | 0.00 | 1,060.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 33,555.90 |
| Remaining balance: | $ 10,504.57 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,504.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,504.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 142,783.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 114.75 | 0.00 | 8.45 |
| 2 | Discover Bank | 17,613.08 | 0.00 | 1,295.79 |
| 3 | Chase Bank USA, N.A. | 3,492.60 | 0.00 | 256.95 |
| 4 | Chase Bank USA, N.A. | 4,034.86 | 0.00 | 296.84 |
| 5 | PNC BANK | 35,172.99 | 0.00 | 2,587.68 |
| 6 | Fia Card Services, NA/Bank of America | 36,711.69 | 0.00 | 2,700.88 |
| 7 | Fia Card Services, NA/Bank of America | 45,643.32 | 0.00 | 3,357.98 |

Total to be paid for timely general unsecured claims: $ 10,504.57
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Glen Gilbreth
Mary Ann Gilbreth
    Debtors

Case No. 10-09258-ERW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen      Page 1 of 3      Date Rcvd: Oct 24, 2012
                          Form ID: pdf006     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2012.

```
db/jdb       +Glen Gilbreth,    Mary Ann Gilbreth,    7323 N. Oconto Av,   Chicago, IL 60631-4339
aty          +Much Shelist Freed Deneberg,   Much Shelist Freed Deneberg,   191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
15205414     +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
15205412     +Bank of America,   c/o Nationwide Credit, Inc.,   2015 Vaughn Rd. NW,   Kennesaw, GA 30144-7801
15205417     +Capital One Bank,   PO Box 6492,   Carol Stream, IL 60197-6492
15861868      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15205418     +Chase Card,   PO Box 15153,   Wilmington, DE 19886-5153
15205420     +Citibank,   C/O Northland Group,   PO Box 390905,   Minneapolis, MN 55439-0905
15205422     +GMAC Mortgage,   PO Box 780,   Waterloo, IA 50704-0780
15205424     +Lovelace Health System,   PO Box 27310,   Albuquerque, NM 87125-7310
15205425     +Medical Services RIC,   Dept. 4569,   Carol Stream, IL 60122-0001
15205426     +Menards,   HSBC Retail,   PO Box 17602,   Baltimore, MD 21297-1602
15205427     +National City Bank,   PO Box 856177,   Louisville, KY 40285-6177
15205428     +North Shore Same Day Surgery,   3314 Eagle Way,   Chicago, IL 60678-1033
16137088     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
15205430     +Sears Master Card,   PO Box 183082,   Columbus, OH 43218-3082
15205431     +Slate from Chase,   PO Box 15153,   Wilmington, DE 19886-5153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17542475      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2012 01:56:12
               American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
15815089      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2012 01:52:16
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK   73124-8840
15205413     +E-mail/Text: Bankruptcy@icsystem.com Oct 25 2012 04:07:32     Bank of America,   c/o IC Systems,
               PO Box 64886,   Saint Paul, MN 55164-0886
15205415     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Oct 25 2012 01:44:35
               Capital One Auto Finance,   PO Box 93016,   Long Beach, CA 90809-3016
15205419     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 25 2012 01:51:10
               Capital One Auto Finance Department,   c/o Ascension Capital Group,   POB 201347,
               Arlington, TX 76006-1347
15819681      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2012 01:51:59     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH   43054-3025
15205421     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2012 01:51:59     Discover Card,   PO Box 6103,
               Carol Stream, IL 60197-6103
16193195      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2012 01:56:12
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 8
```

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
15205423      Internal Revenue Service
15205416*    +Capital One Auto Finance,   PO Box 93016,   Long Beach, CA 90809-3016
15205429     ##+Pain & Rehab Clinic of Chicago,   640 N. La Salle St.,   Suite 610,   Chicago, IL 60654-3769
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rgreen              Page 2 of 3            Date Rcvd: Oct 24, 2012
                              Form ID: pdf006           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2012**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen            Page 3 of 3           Date Rcvd: Oct 24, 2012
                              Form ID: pdf006         Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2012 at the address(es) listed below:

```
          James   Engel    on behalf of Debtor Glen Gilbreth jengel2001@sbcglobal.net
          Jeffrey L. Gansberg    on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Martin J Wasserman    on behalf of Trustee Norman Newman mwasserman@carlsondash.com,
           knoonan@carlsondash.com
          Norman B Newman    nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```