# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: GILBRETH, GLEN | § | Case No. 10-09258 |
| GILBRETH, MARY ANN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: _$107,340.00_ | Assets Exempt: _$74,953.17_ |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:_$10,504.57_ | Claims Discharged Without Payment: _$437,489.17_ |
| Total Expenses of Administration:_$37,321.97_ | |

3)  Total gross receipts of $    47,826.54    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $47,826.54 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $32,386.83 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,321.97 | 37,321.97 | 37,321.97 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 434,745.31 | 142,783.29 | 142,783.29 | 10,504.57 |
| **TOTAL DISBURSEMENTS** | $467,132.14 | $180,105.26 | $180,105.26 | $47,826.54 |

4)  This case was originally filed under Chapter 7 on March 05, 2010. The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/17/2012          By:  /s/NORMAN NEWMAN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interhitance | 1290-000 | 47,823.07 |
| Interest Income | 1270-000 | 3.47 |
| **TOTAL GROSS RECEIPTS** | | **$47,826.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Auto Finance | 4110-000 | 13,316.33 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4110-000 | 19,070.50 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$32,386.83** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 5,532.65 | 5,532.65 | 5,532.65 |
| Much Shelist, et.al. | 3110-000 | N/A | 25,523.00 | 25,523.00 | 25,523.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 157.90 | 157.90 | 157.90 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Miller Cooper & Co., Ltd. | 3410-000 | N/A | 3,782.35 | 3,782.35 | 3,782.35 |
| Miller Cooper & Co., Ltd. | 3420-000 | N/A | 1,060.00 | 1,060.00 | 1,060.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.04 | 93.04 | 93.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.80 | 89.80 | 89.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.89 | 98.89 | 98.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 92.50 | 92.50 | 92.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.21 | 98.21 | 98.21 |
| International Sureties, Ltd. | 2300-000 | N/A | 36.56 | 36.56 | 36.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.76 | 88.76 | 88.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.60 | 91.60 | 91.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.36 | 88.36 | 88.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.37 | 100.37 | 100.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 87.99 | 87.99 | 87.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 96.90 | 96.90 | 96.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.67 | 93.67 | 93.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.42 | 84.42 | 84.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,321.97 | $37,321.97 | $37,321.97 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 114.75 | 114.75 | 8.45 |
| 2 | Discover Bank | 7100-000 | 17,800.00 | 17,613.08 | 17,613.08 | 1,295.79 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 4,034.86 | 3,492.60 | 3,492.60 | 256.95 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 22,200.00 | 4,034.86 | 4,034.86 | 296.84 |
| 5 | PNC BANK | 7100-000 | N/A | 35,172.99 | 35,172.99 | 2,587.68 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | 38,000.00 | 36,711.69 | 36,711.69 | 2,700.88 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 47,500.00 | 45,643.32 | 45,643.32 | 3,357.98 |
| NOTFILED | Menards HSBC Retail | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Lovelace Health System | 7100-000 | 503.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Services RIC | 7100-000 | 138.79 | N/A | N/A | 0.00 |
| NOTFILED | National City Bank | 7100-000 | 34,291.54 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Same Day Surgery | 7100-000 | 658.18 | N/A | N/A | 0.00 |
| NOTFILED | Slate from Chase | 7100-000 | 3,492.60 | N/A | N/A | 0.00 |
| NOTFILED | Pain & Rehab Clinic of Chicago | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Master Card | 7100-000 | 1,447.50 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 7100-000 | 125,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 9,541.02 | N/A | N/A | 0.00 |
| NOTFILED | Citibank C/O Northland Group | 7100-000 | 8,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o Nationwide Credit, Inc. | 7100-000 | 115,667.82 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 2,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $434,745.31 | $142,783.29 | $142,783.29 | $10,504.57 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-09258 | | Trustee: | (330560) | NORMAN NEWMAN |
| Case Name: | GILBRETH, GLEN | | Filed (f) or Converted (c): | 03/05/10 (f) |
| | GILBRETH, MARY ANN | | §341(a) Meeting Date: | 04/22/10 |
| Period Ending: | 12/17/12 | | Claims Bar Date: | 09/30/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 30.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account with Chase<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Schools First Credit Union<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with Wachovia Bank<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security Deposit<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 900.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books etc.<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 9 | Jewelry<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 10 | Reirement Account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2009 tax refund<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Kia Sportage | 15,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-09258 | **Trustee:**    (330560)    NORMAN NEWMAN |
| **Case Name:**    GILBRETH, GLEN | **Filed (f) or Converted (c):** 03/05/10 (f) |
|    GILBRETH, MARY ANN | **§341(a) Meeting Date:** 04/22/10 |
| **Period Ending:** 12/17/12 | **Claims Bar Date:** 09/30/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 13 | 2008 Hyundai Santa Fe | 20,000.00 | 0.00 | DA | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 14 | Tools | 200.00 | 0.00 | DA | 0.00 | FA |
| | Orig. Asset Memo: Imported from original petition<br>Doc# 1 | | | | | |
| 15 | Interhitance (u) | 48,000.00 | 48,000.00 | | 47,823.07 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.47 | FA |
| 16 | **Assets**    **Totals** (Excluding unknown values) | **$155,340.00** | **$48,000.00** | | **$47,826.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Hired accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**    October 31, 2011       **Current Projected Date Of Final Report (TFR):**    October 24, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-09258 | **Trustee:** NORMAN NEWMAN (330560) |
| **Case Name:** GILBRETH, GLEN | **Bank Name:** The Bank of New York Mellon |
| GILBRETH, MARY ANN | **Account:** 9200-******46-65 - Checking Account |
| **Taxpayer ID #:** **-***4527 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 12/17/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 | {15} | James Engel | Settlement of Inheritance | 1290-000 | 47,823.07 | | 47,823.07 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 47,823.13 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.40 | | 47,823.53 |
| 06/01/11 | 1001 | Miller Cooper | Retainer to Accountant | 3410-000 | | 2,500.00 | 45,323.53 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,323.90 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,324.28 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,324.66 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 105.55 | 45,219.11 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -80.55 | 45,299.66 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,300.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.04 | 45,206.99 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,207.37 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.80 | 45,117.57 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 45,117.94 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.89 | 45,019.05 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 45,019.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.50 | 44,926.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.38 | | 44,927.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.21 | 44,829.10 |
| 02/07/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-09258, Bond#016026455 | 2300-000 | | 36.56 | 44,792.54 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.76 | 44,703.78 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.60 | 44,612.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.36 | 44,523.82 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.37 | 44,423.45 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.99 | 44,335.46 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.90 | 44,238.56 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.67 | 44,144.89 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.42 | 44,060.47 |
| 11/26/12 | 1003 | Norman B. Newman, Trustee | Dividend paid 100.00% on $5,532.65, Trustee Compensation;  Reference: | 2100-000 | | 5,532.65 | 38,527.82 |
| 11/26/12 | 1004 | Much Shelist, et.al. | Dividend paid 100.00% on $25,523.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 25,523.00 | 13,004.82 |
| 11/26/12 | 1005 | Much Shelist, et.al. | Dividend paid 100.00% on $157.90, Attorney | 3120-000 | | 157.90 | 12,846.92 |

| | | Subtotals : | $47,826.54 | $34,979.62 |
|---|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-09258 |
| **Case Name:** | GILBRETH, GLEN |
| | GILBRETH, MARY ANN |
| **Taxpayer ID #:** | **-***4527 |
| **Period Ending:** | 12/17/12 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330560) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******46-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for Trustee Expenses (Trustee Firm);<br>Reference: | | | | |
| 11/26/12 | 1006 | Miller Cooper & Co., Ltd. | Dividend paid 100.00% on $3,782.35,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,282.35 | 11,564.57 |
| 11/26/12 | 1007 | Miller Cooper & Co., Ltd. | Dividend paid 100.00% on $1,060.00,<br>Accountant for Trustee Expenses (Other Firm);<br>Reference: | 3420-000 | | 1,060.00 | 10,504.57 |
| 11/26/12 | 1008 | American Infosource Lp As Agent for | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 8.45 | 10,496.12 |
| 11/26/12 | 1009 | Discover Bank | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 1,295.79 | 9,200.33 |
| 11/26/12 | 1010 | Chase Bank USA, N.A. | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 256.95 | 8,943.38 |
| 11/26/12 | 1011 | Chase Bank USA, N.A. | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 296.84 | 8,646.54 |
| 11/26/12 | 1012 | PNC BANK | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 2,587.68 | 6,058.86 |
| 11/26/12 | 1013 | Fia Card Services, NA/Bank of<br>America | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 2,700.88 | 3,357.98 |
| 11/26/12 | 1014 | Fia Card Services, NA/Bank of<br>America | Final Distribtuion Allowed pursuant to the<br>Bankruptcy Court Order dated 11/20/2012. | 7100-000 | | 3,357.98 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 47,826.54 | 47,826.54 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 47,826.54 | 47,826.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$47,826.54** | **$47,826.54** | |

| | |
|---|---|
| Net Receipts : | 47,826.54 |
| Net Estate : | $47,826.54 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******46-65** | **47,826.54** | **47,826.54** | **0.00** |
| | $47,826.54 | $47,826.54 | $0.00 |